

RECEIVED
MAY 07 2024
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:24-cr-37 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| ZAKEEN JAMETRIUS MCQUAY, | ) | T. 18 U.S.C. § 2251(a) |
| | ) | T. 18 U.S.C. § 2251(e) |
| Defendant. | ) | T. 18 U.S.C. § 2252A(a)(2) |
| | ) | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | ) | T. 18 U.S.C. § 2252A(b)(1) |
| | ) | T. 18 U.S.C. § 2252A(b)(2) |
| | ) | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

## COUNT 1
(Production of Child Pornography)

Between on or about May 1, 2019, to on or about May 22, 2021, in the Southern District of Iowa, the defendant, ZAKEEN JAMETRIUS MCQUAY, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Production of Child Pornography)

Between on or about May 1, 2019, to on or about May 23, 2021, in the Southern District of Iowa, the defendant, ZAKEEN JAMETRIUS MCQUAY, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Production of Child Pornography)

Between on or about September 1, 2019, to on or about May 22, 2021, in the Southern District of Iowa, the defendant, ZAKEEN JAMETRIUS MCQUAY, did knowingly employ, use, persuade, induce, entice, and coerce any minor, that is, Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4
### (Distribution of Child Pornography)

On or about March 14, 2021, through on or about May 4, 2021, in the Southern District of Iowa, the defendant, ZAKEEN JAMETRIUS MCQUAY, knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252A(a)(2) and 2252A(b)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
### (Possession of Child Pornography)

On or about July 16, 2021, in the Southern District of Iowa, the defendant, ZAKEEN JAMETRIUS MCQUAY, did knowingly possess material that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), such images having been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

This is a violation of Title 18, United States Code, Section 2252(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

1. The allegations contained in Counts 1 through 5 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

2. From their engagement in any or all of the violations alleged in Counts 1 through 5 of this Indictment, the defendant, ZAKEEN JAMETRIUS MCQUAY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

   a. Any visual depiction or other matter containing such visual depiction which was produced, transported, mailed, shipped, received, or possessed as alleged in Counts 1 through 5 of this Indictment; and

   b. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses alleged in Counts 1, 2, 3, 4, and 5 of this Indictment.

3. The property referenced in paragraph 2, subparagraphs a, b, and c above includes, but is not limited to, computer hardware such as monitors, central processing units, and keyboards, computer programs, software, computer storage devices such as disk drive units, disks, tapes, and hard disk drives/units, peripherals, modems and other telephonic and acoustical equipment, printers, contents of memory data contained in and through the aforementioned hardware and software, tools, equipment, manuals and documentation for the assembly and use of the aforementioned hardware and software. This property includes, but is not limited to, an Apple iPhone 7+ and Apple iPhone 12 Pro.

All pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Andrea L. Glasgow
Assistant United States Attorney